# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **TERRANCE MEDLEY,** <br><br> **Defendant.** | **CRIMINAL NO. PWG-19-0137** |

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss with prejudice the charges pending against the Defendant in the above-captioned case. The Defendant is now deceased, and accordingly the case against the Defendant should be closed.

Robert K. Hur
United States Attorney

By _____/s/_____
Michael A. Goldsticker
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

July 23 2019
Date

_____
Honorable Paul W. Grimm
United States District Judge

**Advice to U.S. Marshal:**
(Check one)

\_\_\_ 1. Defendant is not in custody.
\_\_\_ 2. Defendant is in custody and the USAO believes that:
   \_\_\_ a. there is no reason to hold Defendant further.
   \_\_\_ b. Defendant should be held in Federal custody (**explain below).
   \_\_\_ c. Defendant should be transferred to custody. (**explain below).
_x_ 3. Defendant is deceased.

**Explanation: