# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. PWG-19-0137 |
| MICHAEL BAILEY, <br> DONTE BENNETT, <br> DARLENE BEST, <br> GREGORY BUTLER, <br> JUAWAN DAVIS, <br> TIMOTHY DOWNING, <br> EDWARD BUDDY HALL, <br> GRANT HARSHBARGER, <br> SYED HUSSAIN, <br> RYAN JOHNSON, <br> CINDY LEGARD, <br> KAREEM MACK, <br> RUSSELL OLIVER, <br> DAVON OWENS, <br> DESMOND RINGGOLD, <br> JAMES HENRY ROBERTS, <br> TIRREL SAUNDERS, <br> GARY SMITH, <br> NATHAN STANLEY, <br> ANN WAUGH-HIXON, <br> LAURA WARNER, <br> EMANUEL WATKINS, <br> TREVOR WILLIAMS, <br> JOHN WOLFREY, <br><br> **Defendants.** | |

## ORDER

Upon consideration of the Government's Consent Motion to Exclude Time, it is,

this ____ day of September, 2019,

ORDERED that the Court finds that any delay in the trial of the above case between May 22, 2019 and March 1, 2021, or until such date as the Court resolves any pretrial motions and other matters pertaining to the trial of the Defendant shall be excluded pursuant to Title 18 U.S.C. § § 3161(h)(1)(D) and (h)(7)(A), for the reasons set forth herein and in the government's motion.

The Court further finds, for the reasons stated in the government's motion, that any delay resulting from the continuance of the imposition of dates for the filing of pretrial motions, the motions hearing and the trial of this case is in the interest of justice and outweighs the interests of the public and the Defendant in a speedy trial.

George Hazel for
Honorable Paul W. Grimm
United States District Judge